# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ORNELAS-OLETA (2),<br><br>　　　　　　　Defendant. | Case No. 16CR1802-H<br><br>Booking No. 58151-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

　　Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant David Ornelas-Oleta. The defendant is hereby discharged as to this case only.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: October 17, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-